IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM FAMBROUGH,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:19-cv-00952-DGK |
| **UBER TECHNOLOGIES, INC.,** | ) ) ) | |
| Defendant. | ) | |

## STATUS UPDATE

COMES NOW Defendant Uber Technologies, Inc. ("Defendant"), through the undersigned counsel, and in compliance with this Court's November 20, 2020 Order, provides the following status update:

1. Arbitration has been initiated before JAMS and is currently pending as JAMS case number 1345001519.

2. The parties have selected the Honorable Donald G. Wilkerson (Retired) to serve as the arbitrator.

3. The parties have a conference before Judge Wilkerson on December 4, 2020. The date for the arbitration hearing has not yet been set.

4. The undersigned counsel apologizes for the delay in submitting this status update, which was the result of an inadvertent calendaring omission.

Respectfully submitted,

*/s/ Patricia J. Martin*
Patricia J. Martin #57420(MO)
pmartin@littler.com
LITTLER MENDELSON, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO  63101
Telephone: 314.659.2000
Facsimile: 314.659.2099

Attorney for Defendant Uber Technologies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon the following:

William Fambrough
6101 N. Belleview Avenue
Kansas City, Missouri 64118
fambrough1954@gmail.com

*Pro se Plaintiff*

*/s/ Patricia Martin*

4815-2588-0274.1 073208.1737